Waiver and Order

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Ciara Kristin Pastrana,<br><br>　　　　　　Defendant. | No. CR-21-00386-001-PHX-GMS<br><br>**WAIVER AND ORDER**<br><br>**Modification of Supervised Release Conditions** |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☐　　any modification of my conditions of probation. 18 U.S.C. §3563(c).

☒　any modification of my conditions of supervised release. 18 U.S.C.　§3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

**Special Condition 1**: You must serve the first 24 months of your supervised release on Home Detention, with the location monitoring technology at the discretion of the probation officer. The offender must abide by all technology requirements and must pay all or part of the costs of participation in the location monitoring program, as directed by the court and/or the probation officer. During the term of your home detention, you are

restricted to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court ordered obligations, or other activities as pre-approved by the probation officer.

**Special Condition 9**: The defendant must not illegally possess a controlled substance. The defendant must refrain from any unlawful use of a controlled substance. Submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. Testing requirements will not exceed submission of more than four (4) drug tests per month during the term of supervision, unless otherwise ordered by the court.

_____         3/12/2024
Ciara Kristin Pastrana                  Date
Defendant

_____         3/12/2024
Claudette Draper                        Date
U.S. Probation Officer
Southern District of California

ORDER OF COURT

Considered and ordered this __15th__ day of _____March_____, __2024__ and ordered filed and made a part of the records in the above case.

_____
The Honorable G. Murray Snow
Chief U.S. District Judge